ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                              )
                                          )
Northrop Grumman Corporation              )      ASBCA No. 59077
                                          )
Under Contract No. F04701-02-C-0002       )

APPEARANCES FOR THE APPELLANT:          Terry L. Albertson, Esq.
                                        Stephen J. McBrady, Esq.
                                          Crowell & Moring LLP
                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:         E. Michael Chiaparas, Esq.
                                          DCMA Chief Trial Attorney
                                        Carol L. Matsunaga, Esq.
                                          Senior Trial Attorney
                                          Defense Contract Management Agency
                                          Carson, CA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 5 August 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59077, Appeal of Northrop Grumman Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals